(137 So. 313)
### Novella WINSTON v. STATE.
8 Div. 325.
Supreme Court of Alabama.
Oct. 29, 1931.

O. Kyle, of Decatur, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Novella Winston for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Winston v. State, 137 So. 312.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.